UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Valerie Fernandez v. Bayer Corporation, et al.* | No. 11-cv-11022-DRH |
| *Jane Hill v. Bayer Corporation, et al.* | No. 10-cv-11732-DRH |
| *Roxanne Tyler v. Bayer Corporation, et al.* | No. 13-cv-10722-DRH |
| *Lucinda B. Haynes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13350-DRH |
| *Wendy Kinsella, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13284-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 5, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.06.08
14:00:19 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT